## Commonwealth *v.* Ross, Appellant.

Argued June 8, 1970. *Jeffry A. Mintz*, Assistant Defender, with him *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Deputy District Attorney, with him *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Shapiro, Appellant.

Submitted June 11, 1970. *Ralph W. D. Levan*, Assistant Public Defender, for appellant; *Grant E. Wesner*, Assistant District Attorney, and *Robert L. Van Hoove*, District Attorney, for Commonwealth, appellee.

Order affirmed.